IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COMBAT BRANDS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RDX INC. and RDX SPORTS LLC, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION<br><br>No. 22-2423-KHV |

**MEMORANDUM AND ORDER**

On April 27, 2023, the Court entered default judgment against RDX Sports, LLC. See Final Default Judgment (Doc. #11). This matter is before the Court on Combat Brands' Motion For Award Of Attorneys' Fees, Costs, And Expenses (Doc. #14) filed May 11, 2023. RDX Sports did not respond to the requests of plaintiffs' counsel to consult on the amount of attorney fees. See Combat Brands' Statement Of Consultation (Doc. #17) filed June 6, 2023. In granting plaintiff default judgment against RDX Sports, the Court concluded that this case is "exceptional" for purposes of the fee shifting provision in the Lanham Act. Final Default Judgment (Doc. #11) at 1; see 15 U.S.C. § 1117(a) (in exceptional cases, court may award reasonable attorney fees to prevailing party). For substantially the reasons stated in the Memorandum in Support Of Combat Brands' Motion For Attorneys' Fees (Doc. #15) filed June 6, 2023, the Court sustains plaintiff's motion for attorney fees and awards plaintiff attorney fees of $45,028.[1]

**IT IS THEREFORE ORDERED** that Combat Brands' Motion For Award Of Attorneys'

---

[1] Plaintiff requests a total of $45,658 in attorney fees, but the attorney declaration in support of the fee request includes itemized attorney fees of $45,028. See Declaration Of Bryan E. Meyer In Support Of Combat Brands' Motion For Award Of Attorneys' Fees Against RDX Sports LLC (Doc. #16) filed June 6, 2023, at 4–5.

<u>Fees, Costs, And Expenses</u> (Doc. #14) filed May 11, 2023 is **SUSTAINED**. **Pursuant to 15 U.S.C. § 1117(a), RDX Sports LLC shall pay plaintiff attorney fees of $45,028**.

Dated this 11th day of July, 2023 at Kansas City, Kansas.

<u>s/ Kathryn H. Vratil</u>
KATHRYN H. VRATIL
United States District Judge